UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 4:24–cr–00559

Jose Ulises Martinez–Ortiz

## Notice of Resetting

**A proceeding has been reset in this case as to Jose Ulises Martinez–Ortiz as set forth below.**

**BEFORE:**
**Magistrate Judge Dena Hanovice Palermo**

**LOCATION:**
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/18/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance
Applicable defendant(s) required to be present at the hearing.

Date:   February 3, 2025                              Nathan Ochsner, Clerk