# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:24–cr–00559

Jose Ulises Martinez–Ortiz

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Jose Ulises Martinez–Ortiz as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/24/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Detention Hearing

Date: February 21, 2025                                              Nathan Ochsner, Clerk