UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §   **CRIMINAL ACTION NO. 4:24-CR-** |
| **VS.** | § **00559** |
| | § |
| **JOSE ULISES MARTINEZ-ORTIZ** | § |

## NOTICE OF SETTING

Hearing: Status Conference

Date: 10/31/2021

Time: 1:30 p.m.

Has been set before:

Judge Keith P. Ellison

By phone

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

Nathan Ochsner, Clerk                                        Date: April 4, 2025

By Deputy Clerk: A. Rivera