# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:24−cr−00559

Jose Ulises Martinez−Ortiz

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/16/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Pretrial Conference

Date:   April 4, 2025

Nathan Ochsner, Clerk