UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CRIMINAL NO. 4:24-CR-00559 |
| VS. | § | |
| | § | |
| JOSE MARTINEZ- ORTIZ | § | |

## JOINT UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE KEITH P. ELLISON:

COMES NOW JOSE MARTINEZ-ORTIZ, Defendant and asks the Court to enter a new scheduling order in this case moving all deadlines 90 days and in support thereof would show the following:

**A.   Procedural History**

1.   On January 23, 2025, Defendant was arrested on executed warrant and charged by a indictment, with Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine.

2.   On February 24, 2025, Defendant was detained pre-trial.  Dkt. 15.

4.   On October 30, 2024, Defendant was indicted for offenses in violation of 21 USC 846, 841 (a)(1), 841(b)(1)(a) and (4) and 21 USC 841(a)(1), 841(b)(1)(a).

5.   On February 18, 2025, Defendant was arraigned and entered plea of not guilty.

6.   Jury trial is currently scheduled for July 18, 2024.

**B.   Good Cause**

7.   Counsel for Defendants and the United States Government are in communication.  Discovery is forthcoming and the negotiation process continues.

1

8.  Undersigned counsel needs time to facilitate consultation and review of the materials with Defendant who is detained.  Discovery or suppression motions may neither be appropriate or ripe at this time.  Defendant has no desire to require either the United States or the Court to expend time and resources on motions that may not have merit and which he may not pursue in a case that may be resolved by a plea agreement at an appropriate time.

10. Accordingly, undersigned counsel needs and requests more time to conduct discovery, complete this investigation, negotiate with the Government.

**C.      Request for Continuance**

11. Defendant, who is detained, hereby waives his right to speedy trial.

13. This motion is not made for the purposes of delay, but so that defense counsel can render effective assistance to the accused and that justice may be done.

14. Counsel requests an additional 90 days.

**PRAYER**

WHEREFORE, the Defendant prays the Court to grant the requested continuance.

Respectfully Submitted,

S.E. TOUCHSTONE & ASSOCIATES

 /S/ *Stephen E. Touchstone*
**Stephen E. Touchstone**
Texas Bar No.: 24043273
SDTX 26023
5225 Katy Fwy., Ste. 420
Houston, Texas 77007
(281) 412-5673–telephone
stephen@touchstonelawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the Assistant United States Attorney for the government herein, via ECF contemporaneous with filing.

                                                                /S/ *Stephen E. Touchstone*
                                                                Stephen E. Touchstone

## CERTIFICATE OF CONFERENCE

I certify that on or about July 10, 2025, I communicated via email with AUSA Jimmy Leo and he related to me that he does not oppose the relief sought.

                                                                /S/ *Stephen E. Touchstone*
                                                                Stephen E. Touchstone