UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:24–cr–00559

Jose Ulises Martinez–Ortiz

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/4/2025

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   October 31, 2025

Nathan Ochsner, Clerk